**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FIDDLER'S CREEK, LLC,

    Plaintiff,

v.                                    Case No: 8:14-cv-231-T-30TBM

NAPLES LENDING GROUP LC,
DANIEL CARTER and MMA REALTY
CAPITAL LLC,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon Defendant Naples Lending Group, LC's Motion to Docket Matter in Appropriate Division, or, in the Alternative, Reassign Division (Dkt. # 4) and Plaintiff Fiddler's Creek, LLC's Response in Opposition (Dkt. #7).

Upon review and consideration, it is the Court's conclusion that the case should be transferred to the Fort Myers Division. By ordering the transfer, the Court expresses no opinion as to whether the case should be heard in a United States District Court or be remanded to state court. The Court defers the determination of proper venue to the presiding Fort Myers District Court Judge.

ORDERED AND ADJUDGED that:

1.     Defendant Naples Lending Group, LC's Motion to Docket Matter in Appropriate Division, or, in the Alternative, Reassign Division (Dkt. # 4) is GRANTED.

2. The Clerk is directed to transfer this case to the Fort Myers Division of the United States District Court, Middle District of Florida.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2014\14-cv-231 transfer to ft. myers division.docx

2