UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:   FIDDLER'S CREEK, LLC

---

FIDDLER'S CREEK, LLC,

    Plaintiff,

v.                                                    Case No:   2:14-cv-379-FtM-29CM

NAPLES LENDING GROUP LC
and DANIEL CARTER,

    Defendants.

---

## ORDER

Before the Court are Plaintiff's Motion to Remove Docket Entries 103, 104, 107, and 108 from the Docket (Doc. 113) and Plaintiff's Motions to Seal Pursuant to Orders (Docs. 114, 115, 116, 117, 118).

Plaintiff requests that the Court removed docket entries 103, 104, 107, and 104 from the docket. Doc. 113. As ground for the motion, Plaintiff states certain exhibits and portions of the deposition testimony related to documents that were produced in United States Bankruptcy Court adversary proceedings. Doc. 113 at 1-2. During the adversary proceedings, U.S. Bankruptcy Judge K. Rodney May entered an Agreed Order and Stipulation Regarding Confidential and Privileged Information. Doc. 113 at 2; Agreed Order and Stipulation Regarding Confidential and Privileged Information, *In re: Fiddler's Creek, LLC*, Case. No. 8:11-ap-522-KRM, Doc. No. 141 (Bankr. M.D. Fla. 2013). The Agreed Order states that the clerk is

directed to maintain under seal all transcripts of depositions testimony. Agreed Order and Stipulation Regarding Confidential and Privileged Information, *In re: Fiddler's Creek, LLC*, Case. No. 8:11-ap-522-KRM, Doc. No. 141 at 5. Accordingly, Docket Entries 103, 104, 107, and 108 shall be removed from the docket, and Plaintiff's Motions to Seal (Docs. 114, 115, 116, 117, 118) will be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion to Remove Docket Entries 103, 104, 107, and 108 from the Docket (Doc. 113) is **GRANTED**. The Clerk is directed to remove docket entries 103, 104, 107, and 108.

2. Plaintiff's Motions to Seal Pursuant to Court Order (Docs. 114, 115, 116, 117, 118) are **GRANTED.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of June, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record