UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:   FIDDLER'S CREEK, LLC

---

FIDDLER'S CREEK, LLC,

    Plaintiff,

v.                                                                    Case No: 2:14-cv-379-FtM-29CM

NAPLES LENDING GROUP LC
and DANIEL CARTER,

    Defendants.

---

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Reply (Doc. 142), filed on August 10, 2015, and Defendants' Response to Plaintiff's Motion for Leave to File Reply to Defendants' Response to Plaintiff's Motion to Exceed Ten (10) Depositions (Doc. 143), filed on August 12, 2015. Plaintiff seeks leave of Court to file a reply of no more than ten (10) pages, in part because "Defendants' Response includes arguments to which Plaintiff has not yet had a chance to address." Doc. 142 at 1. A hearing on Plaintiff's underlying motion currently is scheduled for August 18, 2015. Doc. 133. Both parties will be afforded an opportunity to make arguments at the hearing. The Court therefore does not believe a reply will be beneficial at this time.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion for Leave to File Reply (Doc. 142) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of August, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

- 2 -