UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:   FIDDLER'S CREEK, LLC

_____

FIDDLER'S CREEK, LLC,

    Plaintiff,

v.                                              Case No:   2:14-cv-379-FtM-29CM

NAPLES LENDING GROUP LC
and DANIEL CARTER,

    Defendants/Third
    Party Plaintiff

AUBREY FERRAO, ANTHONY
DINARDO and WILLIAM
REAGAN,

    Third Party Defendants.
_____/

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion to Seal pursuant to Order (Doc. 436) filed on October 25, 2016.  Plaintiff seeks to file under seal the transcript of Daniel Carter's deposition, taken on October 5, 2016, with exhibits.  Doc. 436 at 1.  Daniel Carter ("Carter") was deposed pursuant to the Court's Order, which directed Carter to make himself available for a deposition solely related to the financial discovery.  *Id.* at 2; Doc. 309 at 33.  Defendants do not object to the requested relief.  Doc. 436 at 2.

As a ground for the present motion, Plaintiff states that Carter's deposition relates to the Order in the parties' adversary proceedings in the United States

Bankruptcy Court. *Id.* at 1-2. During the adversary proceedings, U.S. Bankruptcy Judge K. Rodney May entered an Agreed Order and Stipulation Regarding Confidential and Privileged Information. *Id.* at 2; Agreed Order and Stipulation Regarding Confidential and Privileged Information, *In re: Fiddler's Creek, LLC*, Case. No. 8:11-ap-522-KRM, Doc. No. 141 (Bankr. M.D. Fla. 2013). Plaintiff states that Carter's deposition falls under the protections of the Agreed Order and Stipulation Regarding Confidential and Privileged Information. Doc. 436 at 2.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Seal pursuant to Order (Doc. 436) is **GRANTED**. Plaintiff is permitted to file under seal the transcript of Daniel Carter's deposition, taken on October 5, 2016, with exhibits.

**DONE** and **ORDERED** in Fort Myers, Florida on this 25th day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record