UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:   FIDDLER'S CREEK, LLC

_____

FIDDLER'S CREEK, LLC,

    Plaintiff,

v.                                                                                  Case No:   2:14-cv-379-FtM-29CM

NAPLES LENDING GROUP LC
and DANIEL CARTER,

       Defendants/Third
       Party Plaintiff

AUBREY FERRAO, ANTHONY
DINARDO and WILLIAM
REAGAN,

    Third Party Defendants.
_____/

### ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion to Seal pursuant to Order (Doc. 438) filed on October 25, 2016.  Plaintiff seeks to file under seal a Motion to Compel Complete Compliance with the Court's Order (Doc. 309) for the Production of Documents from Defendant Daniel Carter ("Carter") and for Sanctions.  Doc. 438 at 1.  Defendants do not object to the requested relief.  *Id.* at 2.

As a ground for the present motion, Plaintiff states that the proposed motion to compel relates to Carter's deposition, taken on October 5, 2016, which is associated with the parties' adversary proceedings in the United States Bankruptcy Court.  *Id.*

During the adversary proceedings, U.S. Bankruptcy Judge K. Rodney May entered an Agreed Order and Stipulation Regarding Confidential and Privileged Information. *Id.*; Agreed Order and Stipulation Regarding Confidential and Privileged Information, *In re: Fiddler's Creek, LLC*, Case. No. 8:11-ap-522-KRM, Doc. No. 141 (Bankr. M.D. Fla. 2013). Plaintiff states that Carter's deposition falls under the protections of the Agreed Order and Stipulation Regarding Confidential and Privileged Information. Doc. 438 at 2.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Seal pursuant to Order (Doc. 438) is **GRANTED**. Plaintiff is permitted to file under seal a Motion to Compel Complete Compliance with the Court's Order (Doc. 309) for the Production of Documents from Defendant Daniel Carter and for Sanctions.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record